# In The United States Court of Federal Claims

No. 09-370 C

(Filed: January 11, 2010)

_____

NATHANIEL WAYNE GAY,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Oral argument on defendant's motion to dismiss will be held in this case on Thursday, February 18, 2010, at 2:00 p.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED.**

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge