# In The United States Court of Federal Claims

No. 09-370 C

(Filed: February 16, 2010)

_____

NATHANIEL WAYNE GAY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 11, 2010, the court issued an order scheduling oral argument on defendant's motion to dismiss for February 18, 2010. After further review of the briefs, the court deems argument on defendant's motion unnecessary. Argument is hereby canceled.

**IT IS SO ORDERED.**

                                                                           s/ Francis M. Allegra  
                                                                          Francis M. Allegra  
                                                                           Judge