# In The United States Court of Federal Claims

No. 09-370C

(Filed: June 6, 2011)

_____

NATHANIEL WAYNE GAY,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On March 9, 2011, defendant filed a status report indicating that the Army Board for the Correction of Military Records (ABCMR) had not received plaintiff's application as to his disability claim. On or before July 6, 2011, defendant shall file a status report indicating whether the ABCMR has received an application from plaintiff. This court's September 9, 2010, order remains in effect.

    **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge