# In The United States Court of Federal Claims

No. 09-370C

(Filed: September 13, 2011)
_____

NATHANIEL WAYNE GAY,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

On September 9, 2010, this court remanded plaintiff's claim to the Army Board for the Correction of Military Records (ABCMR) and ordered the parties to file a status report every six months. On September 1, 2011, defendant filed as a supplement to the administrative record the decision by the ABCMR denying plaintiff's application for disability benefits. The court hereby relieves the parties from filing a joint status report every six months as previously required. Accordingly, on or before October 13, 2011, the parties shall file a joint status report, with a proposed schedule, if appropriate, indicating how this case should proceed.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge