# In The United States Court of Federal Claims

No. 09-370C

(Filed: October 14, 2011)

_____

NATHANIEL WAYNE GAY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On October 13, 2011, the parties filed their joint status report with a proposed schedule. Accordingly, the court adopts the following schedule:

1. On or before November 14, 2011, plaintiff shall file its amended complaint;

2. On or before January 13, 2012, defendant shall file its response to plaintiff's amended complaint;

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge