# In The United States Court of Federal Claims

No. 09-370C

(Filed: July 11, 2012)

_____

NATHANIEL WAYNE GAY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 4, 2012, the court stayed this case. On July 5, 2012, the parties filed a joint status report, in which they requested the stay continue. The case shall remain stayed and the parties shall continue to follow the April 4, 2012, order establishing periodic status reports.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra  
                                                  Francis M. Allegra  
                                                  Judge