# In The United States Court of Federal Claims

No.  09-370C

(Filed:  October 22, 2012)

_____

NATHANIEL WAYNE GAY,

                    Plaintiff,

        v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER TO SHOW CAUSE**

_____

Per the court's orders of April 4, 2012, and July 11, 2012, the parties' second joint status report was due to be filed on October 4, 2012.  Shortly after the parties failed to meet this deadline, the court's staff communicated with defendant's counsel by telephone.  Defendant's counsel assured that a joint status report with an appropriate motion would be filed soon.  That report has not been filed.

The parties are hereby ordered to **SHOW CAUSE** for their failure to comply with this court's orders.  On or before October 31, 2012, the parties shall each file a response to this order. Plaintiff's counsel shall certify that a copy of this order and said response has been provided to his client; defendant's counsel shall certify that a copy of this order and said response has been provided to the supervising Deputy Assistant Attorney General.  Failure to comply with this order may lead to the imposition of sanctions.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge