# In The United States Court of Federal Claims

No. 09-370C

(Filed: March 20, 2013)

_____

NATHANIEL WAYNE GAY,

              Plaintiff,

v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

On April 4, 2012, the court stayed this case. The stay is hereby lifted, and the parties are relieved of their obligation to file periodic status reports. On or before April 3, 2013, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, as appropriate.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge