# In The United States Court of Federal Claims

No. 09-370C

(Filed: April 4, 2013)
_____

NATHANIEL WAYNE GAY,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.
_____

**ORDER**
_____

On April 3, 2013, the parties filed a joint status report containing a proposed agreed-upon schedule to complete briefing on their cross-motions for judgment on the administrative record. The court hereby adopts the following schedule:

1. On or before May 6, 2013, defendant shall file its response to plaintiff's cross-motion for judgment on the administrative record and reply in support of its motion for judgment on the administrative record; and

2. On or before June 3, 2013, plaintiff shall file his reply in support of his cross-motion for judgment on the administrative record.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge