# In The United States Court of Federal Claims

No. 09-370C

(Filed: November 15, 2013)

_____

NATHANIEL WAYNE GAY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Oral argument on the parties' motions for judgment on the administrative record will be held in this case on Friday, December 6, 2013, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20439. The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                             Francis M. Allegra
                                             Judge