# In The United States Court of Federal Claims

No. 09-370C

(Filed: December 4, 2013)

_____

NATHANIEL WAYNE GAY,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

      The oral argument on the parties' motions for judgment on the administrative record that was originally scheduled for December 6, 2013, has been rescheduled to January 9, 2014, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20439. The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge